UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN SMALL BUSINESS LEAGUE,<br><br>      Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>      Defendant. | Case No. C 11-1880 WHA<br><br>ORDER GRANTING JOINT MOTION TO BE EXCUSED FROM THE FORMAL ADR PROCESS |

Pursuant to the parties' agreement that referral to a formal ADR process will not be beneficial because this action is limited to plaintiff's request that the Court order defendant to provide plaintiff with the information it seeks, and in accordance with the case management order adopting the parties' schedule for briefing motions for summary judgment, the parties are hereby excused from the ADR process.

**IT IS SO ORDERED.**

Dated: August 1, 2011.

WILLIAM ALSUP
United States District Judge