IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMERICAN SMALL BUSINESS LEAGUE,

    Plaintiff,

  v.

UNITED STATES DEPARTMENT OF THE INTERIOR,

    Defendant.

No. C 11-01880 WHA

**JUDGMENT**

For the reasons stated in the accompanying order granting defendant's cross motion for summary judgment and denying plaintiff's motion for summary judgment, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendant and against plaintiff.

The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: October 5, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE